IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACI JOHNSON,

     Plaintiff,                                  No. CIV 08-1600 MCE KJM

    vs.

MORRISON HOMES, INC.,

     Defendant.                              <u>ORDER</u>

_____/

       Plaintiff's motion to compel came on regularly for hearing June 17, 2009. Leslie Eng appeared for plaintiff. Philip Atkins-Pattenson appeared for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

       1. Defendant shall serve an amended response indicating in which categories no responsive documents have been located following a diligent search.

       2. Documents responsive to document request no. 17, as identified in the joint statement, shall be made available for inspection and copying, in Folsom or at the law offices of defense counsel.

/////

/////

1

3. Plaintiff did not request expenses, and the court finds an award of expenses is not warranted considering all of the circumstances reflected in the record before it on this motion. Fed. R. Civ. P. 37 (a)(5)(A).

DATED: June 17, 2009.

_____
U.S. MAGISTRATE JUDGE

006
johnson-morrisonhomes.oah