| | |
|---|---|
| 1 | Cox, Castle & Nicholson LLP |
| | Robert D. Infelise (State Bar No. 93876) |
| 2 | rinfelise@coxcastle.com |
| | 555 California Street, 10th Floor |
| 3 | San Francisco, California 94104-1513 |
| | Telephone: (415) 392-4200 |
| 4 | Facsimile: (415) 392-4250 |

Attorneys for the defendants,
Morrison Homes, Inc., and Taylor Morrison, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# (SACRAMENTO DIVISION)

| | |
|---|---|
| **TRACI JOHNSON**, | Case No. 2:08-CV-01600-MCE-KJM |
| Plaintiffs, | **SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| v. | |
| **MORRISON HOMES, INC.**, *et al.*, | |
| Defendants. | |

The defendants, Morrison Homes, Inc., and Taylor Morrison, Inc., request that this Court permit them to substitute Robert D. Infelise of Cox, Castle & Nicholson LLP (555 California Street, 10th Floor, San Francisco, California 94104-1513; telephone: (415) 262-5125; facsimile: (415) 392-4200; email: rinfelise@coxcastle.com) in place and instead of Philip F. Atkins-Pattenson, Esq., of Sheppard, Mullin, Richter & Hampton LLP.

///
///
///
///
///

LAW OFFICES OF
**COX, CASTLE & NICHOLSON LLP**
SAN FRANCISCO

99999\158420v2

2:08-CV-01600-MCE-KJM
SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Morrison Homes, Inc., and Taylor Morrison Homes, Inc., consent to the requested substitution:

March 17, 2010                    Morrison Homes, Inc.


                                  By: /s/ *Darrell Sherman*
                                      Its: VP & General Counsel
                                      Darrell Sherman

March 17, 2010                    Taylor Morrison, Inc.


                                  By:/s/ *Darrell Sherman*
                                      Its: VP & General Counsel
                                      Darrell Sherman


Sheppard, Mullin, Richter & Hampton LLP consents to the requested substitution:

March 16, 2010                    Sheppard, Mullin, Richter & Hampton LLP


                                  By: /s/ Philip F. Atkins-Pattenson
                                      Philip F. Atkins-Pattenson, Esq.


Cox, Castle & Nicholson LLP accepts the requested substitution.

March 17, 2010                    Cox, Castle & Nicholson LLP


                                  By: /s/ Robert D. Infelise
                                      Robert D. Infelise
                                      Attorneys for defendants
                                      Morrison Homes, Inc., and Taylor
                                      Morrison, Inc.

**IT IS SO ORDERED.**

DATED: March 18, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
**COX, CASTLE & NICHOLSON LLP**
SAN FRANCISCO

99999\158420v2                    - 2 -

2:08-CV-01600-MCE-KJM
SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com