1  Cox, Castle & Nicholson LLP
   Robert D. Infelise (State Bar No. 93876)
2  rinfelise@coxcastle.com
   555 California Street, 10th Floor
3  San Francisco, California 94104-1513
   Telephone:   (415) 392-4200
4  Facsimile:   (415) 392-4250

5

6  Attorneys for the defendants,
   Morrison Homes, Inc., and Taylor Morrison, Inc.
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10                           (SACRAMENTO DIVISION)

11

12 **TRACI JOHNSON**,                    Case No. 2:08-CV-01600-MCE-KJM

13            Plaintiffs,                **SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

14       v.

15 **MORRISON HOMES, INC.**, *et al.*,

16            Defendants.

17

18       The defendants, Morrison Homes, Inc., and Taylor Morrison, Inc., request that this Court

19 permit them to substitute Robert D. Infelise of Cox, Castle & Nicholson LLP (555 California Street,

20 10th Floor, San Francisco, California 94104-1513; telephone: (415) 262-5125; facsimile: (415) 392-

21 4200; email: rinfelise@coxcastle.com) in place and instead of Philip F. Atkins-Patteson, Esq., of

22 Sheppard, Mullin, Richter & Hampton LLP.

23 ///

24 ///

25 ///

26 ///

27 ///

28

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
SAN FRANCISCO
99999\158420v2

2:08-CV-01600-MCE-KJM
SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Morrison Homes, Inc., and Taylor Morrison Homes, Inc., consent to the requested substitution:

March 17, 2010                              Morrison Homes, Inc.

                                            By: /s/ *Darrell Sherman*
                                                Its: VP & General Counsel
                                                Darrell Sherman

March 17, 2010                              Taylor Morrison, Inc.

                                            By:/s/ *Darrell Sherman*
                                                Its: VP & General Counsel
                                                Darrell Sherman

Sheppard, Mullin, Richter & Hampton LLP consents to the requested substitution:

March 16, 2010                              Sheppard, Mullin, Richter & Hampton LLP

                                            By: /s/ Philip F. Atkins-Pattenson
                                                Philip F. Atkins-Pattenson, Esq.

Cox, Castle & Nicholson LLP accepts the requested substitution.

March 17, 2010                              Cox, Castle & Nicholson LLP

                                            By: /s/ Robert D. Infelise
                                                Robert D. Infelise
                                                Attorneys for defendants
                                                Morrison Homes, Inc., and Taylor
                                                Morrison, Inc.

**IT IS SO ORDERED.**

DATED: March 18, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO
99999\158420v2                              - 2 -                    2:08-CV-01600-MCE-KJM
                                                                     SUBSTITUTION OF COUNSEL AND [PROPOSED]
                                                                     ORDER

PDF created with pdfFactory trial version www.pdffactory.com