1  Cox, Castle & Nicholson LLP
   Robert D. Infelise (State Bar No. 93876)
2  555 California Street, 10th Floor
   San Francisco, California 94104-1513
3  Telephone:  (415) 392-4200
   Facsimile:  (415) 392-4250
4  Email: rinfelise@coxcastle.com

5  Cox, Castle & Nicholson LLP
   Alicia N. Vaz (State Bar No. 215081)
6  2049 Century Park East, 28th Floor
   Los Angeles, California 90067-3101
7  Telephone:  (310) 277-4222
   Facsimile:  (310) 277-7889
8  Email: avaz@coxcastle.com

9  Attorneys for the defendants,
   Morrison Homes, Inc., and Taylor Morrison, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| **TRACI JOHNSON**, | **Case No. 2:08-CV-01600-MCE-KJM** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE THE HEARING ON THE MOTION FOR CLASS CERTIFICATION** |
| **MORRISON HOMES, INC.**, et al., | |
| Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

The plaintiff, Traci Johnson, and the defendants Morrison Homes, Inc., and Taylor Morrison, Inc., by and through their attorneys, agree:

(i) The hearing on the plaintiff's Motion for Class Certification, currently scheduled for September 30, 2010 at 2:00 p.m., will be moved to October 14, 2010 at 11:00 a.m.;[1]

(ii) The defendants' memorandum of points and authorities in opposition to the Motion will be filed and served no later than September 27, 2010; and

(iii) The plaintiff's reply brief will be filed and served no later than October 7, 2010.

September 14, 2010                     Milstein, Adelman & Kreger LLP


                                       By: /s/ Paul D. Stevens
                                           Paul D. Stevens
                                           Attorneys for the plaintiff,
                                           Traci Johnson

September 14, 2010                     Cox, Castle & Nicholson LLP


                                       By: /s/ Robert D. Infelise
                                           Robert D. Infelise
                                           Attorneys for the defendants,
                                           Morrison Homes, Inc., and
                                           Taylor Morrison, Inc.

---

[1] Counsel acknowledges that this Court typically hears civil law and motion matters beginning at 2:00 p.m. on Thursdays. The request for a hearing beginning at 11:00 a.m. stems from a conflict on Robert Infelise's calendar. He is a lecturer at the U.C. Berkeley Law School. On Thursdays, beginning at 3:25 p.m., he teaches a course entitled, "The Law of Hazardous Waste." Hence, the request for an earlier hearing.

**ORDER**

Having reviewed the parties' stipulation and finding good cause, it is ordered that:

(i)     The hearing on the plaintiff's Motion for Class Certification, currently scheduled for September 30, 2010 at 2:00 p.m., will be moved to October 14, 2010 at 10:00 a.m.;

(ii)     The defendants' memorandum of points and authorities in opposition to the Motion will be filed and served no later than September 27, 2010; and

(iii)     The plaintiff's reply brief will be filed and served no later than October 7, 2010.

IT IS SO ODERED.

DATED: September 17, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
SAN FRANCISCO, CA

- 3 -

PDF created with pdfFactory trial version www.pdffactory.com