Cox, Castle & Nicholson LLP
Robert D. Infelise (State Bar No. 93876)
555 California Street, 10th Floor
San Francisco, California 94104-1513
Telephone:    (415) 392-4200
Facsimile:    (415) 392-4250
Email:        rinfelise@coxcastle.com

Cox, Castle & Nicholson LLP
Alicia N. Vaz (State Bar No. 215081)
2049 Century Park East, 28th Floor
Los Angeles, California 90067-3101
Telephone:    (310) 277-4222
Facsimile:    (310) 277-7889
Email:        avaz@coxcastle.com

Attorneys for the defendants,
Morrison Homes, Inc., and Taylor Morrison, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (SACRAMENTO DIVISION)

| | |
|---|---|
| **TRACI JOHNSON**, <br><br> Plaintiff, <br><br> vs. <br><br> **MORRISON HOMES, INC.**, *et al.*, <br><br> Defendants. | **Case No. 2:08-CV-01600-MCE-KJM** <br><br> **ORDER CONTINUING THE HEARING ON THE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** <br><br> **Judge:**    Hon. Morrison C. England <br> **Dept:**    Courtroom 7 |

**ORDER**

Defendants Morrison Homes, Inc. and Taylor Morrison, Inc. have filed a Motion for Summary Judgment in the above case (ECF No. 38). In light of the corresponding issues to the Motion to Certify Class filed by Plaintiff (ECF No. 27), the hearing on Plaintiff's motion is continued to November 18, 2010 at 2:00 p.m. in Courtroom 7.

DATED: October 13, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE