1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TRACI JOHNSON,

11           Plaintiff,                    No. CIV 08-1600 MCE KJM

12        vs.

13   MORRISON HOMES, INC., et al.,

14           Defendants.                   ORDER

15   _____/

16           Defendants have filed an ex parte application for order shortening time for

17   hearing on a motion to compel attendance at deposition of plaintiff and a third party witness.

18   The scheduling order was issued in this matter on October 30, 2008, setting a discovery cut-off

19   of November 12, 2010.  Defendants set the deposition of plaintiff for November 2, 2010.  No

20   good cause has been shown for this delay in conducting discovery.  Moreover, although

21   defendants move to compel the deposition of a third party witness, it does not appear the

22   application for order shortening time and the motion to compel have been served on the third

23   party witness.  Defendants also have not provided a satisfactory explanation for counsel's failure

24   to obtain a stipulation for shortened time from plaintiff's counsel.  See Local Rule 144(e).

25   /////

26   /////

1

1            For the foregoing reasons, IT IS HEREBY ORDERED that the application for

2    order shortening time (docket no. 42) is denied.

3    DATED:  November 9, 2010.

4

5    _____
     U.S. MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    006
      johnson-morrisonhomes.ost

26

2