Paul D. Stevens, State Bar No. 207107
pstevens@maklawyers.com
Ryan J. Clarkson, State Bar No. 257074
rclarkson@maklawyers.com
**MILSTEIN, ADELMAN & KREGER, LLP**
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone: (310) 396-9600
Fax: (310) 396-9635

Brian S. Kabateck, State Bar No. 152054
bsk@kbklawyers.com
Joshua H. Haffner, State Bar No. 188652
jhh@kbklawyers.com
**KABATECK BROWN KELLNER, LLP.**
644 S. Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Fax: (213) 217-5010

Attorneys for PLAINTIFF

# THE UNITED STATES DISTRICT COURT FOR

## EASTERN DISTRICT OF CALIFORNIA

### (SACRAMENTO DIVISION)

| | |
|---|---|
| TRACI JOHNSON, individually and on behalf of all others similarly situated, <br><br> PLAINTIFFS, <br><br> vs. <br><br> MORRISON HOMES, INC., a Delaware corporation; TAYLOR MORRISON, INC., a Delaware Corporation, and DOES 2-1,000, inclusive, <br><br> DEFENDANTS. | Case No: 2:08-CV-01600-MCE-KJM <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** <br><br> Judge: Morrison C. England, Jr. |

1  Plaintiff Traci Johnson (hereinafter "Plaintiff"), and Defendant Morrison Homes, Inc. and
2  Taylor Morrison, Inc., (hereinafter "Defendants"), (collectively referred herein as the "Parties"),
3  hereby submit this Stipulation and Order of Dismissal with Prejudice pursuant to Federal Rule of
4  Civil Procedure 41(a), and state as follows:

**WHEREAS**, the Parties have stipulated to a dismissal with prejudice of the above-captioned action in its entirety; and

**WHEREAS**, the Parties have stipulated that they shall bear all of their own attorney fees and costs incurred in the above-captioned action;

The Parties hereby request the action be dismissed with prejudice in its entirety.

**STIPULATED BY:**

Dated:  November 17, 2010

By: _____
Paul D. Stevens
Ryan J. Clarkson
Attorneys for Plaintiff

Dated:  November 17, 2010

By: _____
Sandra C. Stewart
Robert D. Infelise
Attorneys for Defendants

# **ORDER**

**WHEREAS**, the Parties have stipulated to a dismissal with prejudice of the above-captioned action; and

**WHEREAS**, the Parties have stipulated that they shall bear all of their own attorney fees and costs incurred in the above-captioned action;

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice in its entirety. The Clerk is directed to close this file.

DATED: November 30, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE